**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC, | ) Case No.: 1:12-cv-00739 LJO JLT |
| Plaintiff, | ) <br> ) ORDER GRANTING STIPULATION TO EXTEND <br> ) TIME FOR RESPONSIVE PLEADING |
| v. | ) |
| ANA TERESA CATANO, et al., | ) (Doc. 5) <br> ) |
| Defendants. | ) ORDER GRANTING STIPULATION TO <br> ) CONTINUE MANDATORY SCHEDULING <br> ) CONFERENCE |
| | ) <br> ) (Doc. 6) |

Before the Court are the stipulations of counsel to extend time for Defendants to file their pleading responding to the complaint (Doc. 5) and to continue the mandatory scheduling conference until after Defendants have made their appearance in the action (Doc. 6).

Good cause appearing, the stipulation to extend the time for Defendants to file their responsive pleading is **GRANTED**.  Defendants SHALL file their responsive pleading no later than September 11, 2012.

///

///

1    Also, in light of the fact that Defendants have not yet appeared in the action, the stipulation to

2  continue the mandatory scheduling conference is **GRANTED**.  The scheduling conference is reset to

3  **October 11, 2012 at 10:30 a.m.**

4

5  IT IS SO ORDERED.

6    Dated:   **August 16, 2012**                        **/s/ Jennifer L. Thurston**

7                                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28