Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANA TERESA CATANO, et al.,<br><br>Defendants. | Case No.  1:12-cv-00739-LJO-JLT<br><br>**PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANTS ANA TERESA CANTANO, RAMIRO CANTANO DE CASAS, AND FIESTA BROTHERS, LLC'S STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE**<br><br>**ORDER GRANTING STIPULATION**<br>**(Doc. 24)** |

   **TO THE HONORABLE JENNIFER L. THURSTON, THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

   1.   By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendants Ana Teresa Cantano, Ramiro Cantano De Casas, and Fiesta Brothers, LLC, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Initial Scheduling Conference in this action, presently set for Wednesday, January 9, 2013 at 9:30 AM.

   2.   This request is necessitated by the fact that Plaintiff's counsel must participate in a Pretrial Conference before the Honorable Lawrence J. O'Neill, Eastern District of California, Fresno Division, in the matter of *J&J Sports Productions, Inc v. Cano;* Case No. 1:11-cv-00674-LJO-JLT at 8:15 A.M that very same day.

3.       In addition, Mr. Thomas P. Riley, Plaintiff's counsel of record, will undergo knee surgery on January 8, 2013 and will be hospitalized for at least one night (Please see Exhibit 1 attached hereto).

4.       Defense counsel Nathan Murray Hodges is agreeable to the new date of the Court's convenience in lieu of the January 9, 2013 date presenting the scheduling conflict for Plaintiff's counsel.

**WHEREFORE,** The Parties respectfully request that this Honorable Court continue the upcoming Initial Scheduling Conference presently scheduled for Wednesday, January 9, 2013 to a new date of the Court's convenience.

Respectfully submitted,

Dated: January 4, 2013        */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc..

Dated:  January __, 2013
**YOUNG WOOLDRIDGE**
By: Nathan Murray Hodges
Attorneys for Defendants
Ana Teresa Catano, Ramiro Cantano De Casas and Fiesta Brothers, LLC

## ORDER

Good cause appearing, the Court **ORDERS:**

1. The Initial Scheduling Conference is continued to February 7, 2013 at 9:00 a.m. Counsel SHALL file their joint scheduling conference no later than January 31, 2013.

IT IS SO ORDERED.

Dated:   **January 8, 2013**              /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE