1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10  J & J Sports Productions, Inc.,          CASE NO. 1:12-cv-00739-LJO-JLT

11              Plaintiff,                    STIPULATION OF DISMISSAL OF
                                              PLAINTIFF'S COMPLAINT AGAINST
12          vs.                               DEFENDANTS ANA TERESA CATANO and
                                              RAMIRO CANTANA DE CASAS A/K/A
13                                            RAMIRO CATANO, individually and d/b/a
    Ana Teresa Catano, et al.,                LA FIESTA SEAFOOD & MORE, and
14                                            FIESTA BROTHERS, LLC, an unknown
                Defendants.                   business entity d/b/a LA FIESTA SEAFOOD
15                                            & MORE
16

17      IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS,

18  INC. and Defendants ANA TERESA CATANO AND RAMIRO CANTANA DE CASAS A/K/A

19  RAMIRO CATANO, individually and d/b/a LA FIESTA SEAFOOD & MORE, AND FIESTA

20  BROTHERS, LLC,  an unknown business entity d/b/a LA FIESTA SEAFOOD & MORE, that the

21  above-referenced defendants is hereby dismissed **without prejudice** against ANA TERESA

22  CATANO AND RAMIRO CANTANA DE CASAS A/K/A RAMIRO CATANO, individually and

23  d/b/a LA FIESTA SEAFOOD & MORE, and FIESTA BROTHERS, LLC,  an unknown business

24  entity d/b/a LA FIESTA SEAFOOD & MORE, and subject to the Court's jurisdiction to enforce the

25  settlement agreement reached between the Parties.

26      IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

27  motion to reopen this action by April 12, 2013, the dismissal shall be deemed to be **with prejudice.**

28

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 21, 2013          *s/ Thomas P. Riley*
                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                  By:  Thomas P. Riley
                                  Attorneys for Plaintiff
                                  J & J SPORTS PRODUCTIONS, INC.

Dated:                            *s/ Kelly A. Francisco*
                                  **YOUNG WOOLRIDGE, LLP**
                                  By:  Kelly A. Francisco
                                  Attorneys for Defendants
                                  ANA TERESA CATANO AND
                                  RAMIRO CANTANA DE CASAS A/K/A RAMIRO
                                  CATANO, individually and d/b/a
                                  LA FIESTA SEAFOOD & MORE, AND
                                  FIESTA BROTHERS, LLC, an unknown business entity
                                  d/b/a LA FIESTA SEAFOOD & MORE.

## ORDER

This Court DISMISSES this action pursuant to the parties' stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **March 4, 2013**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**
**PAGE 3**